UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
PETER ZONIS, :
:
                      Plaintiff, :         20-CV-7181 (JMF)
:
        -v- :         ORDER
:
LIZZIE GRUBMAN et al., :
:
                     Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      The Court received the attached letter from Michael Christy regarding his involvement in this case as an assistant and paralegal to the *pro se* Plaintiff. The statutory provision governing appearances in federal court, 28 U.S.C. § 1654, allows only two types of representation: (1) "that by an attorney admitted to the practice of law by a governmental regulatory body"; and (2) "that by a person representing himself." *Eagle Assocs. v. Bank of Montreal*, 926 F.2d 1305, 1308 (2d Cir. 1991). Thus, "an individual who is not licensed as an attorney may not appear on another person's behalf in the other's cause." *U.S. ex rel. Mergent Servs. v. Flaherty*, 540 F.3d 89, 92 (2d Cir. 2008) (internal quotation marks and citation omitted)); *see also Iannaccone v. Law*, 142 F.3d 553, 558 (2d Cir. 1998) ("[B]ecause *pro se* means to appear for one's self, a person may not appear on another person's behalf in the other's cause."). Accordingly, despite the Court's sympathy for the Plaintiff (if he is limited in the ways Mr. Christy suggests), Mr. Christy may not appear on behalf of the Plaintiff or otherwise represent him in connection with this case.[1]

      The Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

      SO ORDERED.

Dated: January 4, 2021
       New York, New York
                                                  JESSE M. FURMAN
                                            United States District Judge

---

[1]     Separate and apart from the foregoing, the Court cautions Mr. Christy that his provision of legal advice and assistance in drafting legal documents may well constitute the unauthorized practice of law, which is unlawful in New York. *See* N.Y. Judiciary Law § 478 ("It shall be unlawful for any natural person to practice or appear as an attorney-at-law or as an attorney and counselor-at-law for a person other than himself or herself in a court of record in this state, or to furnish attorneys or counsel or an attorney and counsel to render legal services . . . without having first been duly and regularly licensed and admitted to practice law in the courts of record of this state, and without having taken the constitutional oath.").

Fr: Michael Christy
201 E. 24th Street #316
New York, N.Y. 10010
917-374-1046

To: Hon. Jesse M. Furman

Re: Zonis v. Grubman, 20-cv-07181 (JMF)
Letter to inform court of Plaintiff's designated Assistant, Paralegal Michael Christy.

Your Honor, I am a Certified Legal Assistant, Paralegal since 1998. As such, I have written, filed and continue to do all the necessary work required on behalf of Mr. Peter Zonis.

Plaintiff has authorized me to handle his case from start to finish. Mr. Zonis is a personal friend of mine. I met him in the summer of this year. He was sitting on a bench in Manhattan. He was crying and under tremendous stress.

I asked if I could help and he told me the whole story of what the defendants did to him. I wrote the complaint out and filed it for him.

Sir, please understand that Peter Zonis is not capable of doing a single response. He does not know what to do and doesn't

②

understand any of the paperwork that has been filed and defendants answers or requests. Although he's not illiterate, he suffers from depression and anxiety. He is absolutely terrified and intimidated by the court itself.

I respectfully request permission to continue as his paralegal. I have remained silent because of the defendants and their attorneys ability to attack my past and former way of life.

Your Honor, I have done a lot of state and federal cases over the past 25 years. Two federal judges have complimented me concerning civil & criminal actions I have done. I currently have a case in your courthouse.

I am sorry I have to write everything but I am very poor, disabled and living in a shelter. The plaintiff has been destroyed financially by the defendants. He has a deposition 1-12-21 and an appearance in your court for pre-trial conference at 3:30 pm that same day. Please allow me to sit in with him as an assistant during his deposition at 225 Broadway, 24th Floor, New York, N.Y. 10007 on 1-12-21 at 10:00 am. And, to assist him later that day at 3:30 in your court.



Sir, I thank you for your time and consideration in this matter. When you meet Mr. Zonis you will see how he is afraid and nervous.

If it pleases the court, you may respond to Mr. Zonis at his address on file with the court; or, you can respond to me at the above listed address and phone.

Your Honor, thank you so much for reading this letter.

Dated 12-15-2020

Respectfully Submitted

Michael Christy

I, Peter ZONIS, hereby authorize Michael Christy to handle ALL matters pertaining to my legal case listed above

646 279 2097        Peter Zonis



NEW YORK NY 100
18 DEC 2020 PM 14 L

Michael Christy
201 E. 24th Street
New York, N.Y.
10010

To: Hon. Jesse M. Furman (USDJ)
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007