UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
PETER ZONIS, :
:
                          Plaintiff, :                   20-CV-7181 (JMF)
:
      -v-                              :                         ORDER
:
LIZZIE GRUBMAN et al., :
:
                         Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On January 14, 2021, the Court received a voicemail from Plaintiff.  As Plaintiff is currently proceeding *pro se*, that is, without counsel, he must direct any questions to the Court's *Pro Se* Intake Unit at (212) 805-0175.  *Pro se* parties may not contact the Court directly, by phone or otherwise.  In light of that, and because the Court may not engage in *ex parte* communications (that is, communications with only one party to a lawsuit), it would be inappropriate for the Court to return Plaintiff's call.

       As stated in the Court's January 4, 2021 Order, all parties, including Plaintiff, must join the initial pretrial conference by telephone on **January 19, 2021**, at **3:30 p.m.**  Plaintiff and counsel for Defendants should join the conference by calling the Court's dedicated conference line at (888) 363-4749 and using access code 542-1540, followed by the pound (#) key.  (Members of the public and press may also attend using the same dial-in information; they will not be allowed to speak during the conference.)

       Finally, the Court strongly recommends that Plaintiff contact the *Pro Se* Law Clinic, which operates in this District to assist people who are parties in civil cases and do not have lawyers.  It is separate from the *Pro Se* Intake Unit.  Indeed, it is run by a private organization called the New York Legal Assistance Group; it is not part of, or run by, the Court (and, among other things, therefore cannot accept filings on behalf of the Court, which must still be made by any unrepresented party through the *Pro Se* Intake Unit).  Plaintiff may make an appointment by calling (212) 659-6190 and leaving a message, **including his telephone number.**

       The Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

       SO ORDERED.

Dated: January 14, 2021
       New York, New York                                    _____
                                                                     JESSE M. FURMAN
                                                                   United States District Judge