UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
PETER ZONIS, :
:
:
Plaintiff, :
: 20-CV-7181 (JMF)
-v- :
: ORDER
:
LIZZIE GRUBMAN et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

As stated on the record at the initial pretrial conference held yesterday:

- Plaintiff's deadline to serve Defendant Lizzie Grubman with the summons and complaint is extended to **March 1, 2021**. As noted, because Plaintiff is proceeding in forma pauperis, he is entitled to assistance from the U.S. Marshal Service ("USMS"). To that end, if he has additional contact information for Ms. Grubman, he should promptly provide it to the USMS or to the Court for transmission to the USMS. Ultimately, however, it is Plaintiff's responsibility to ensure that Ms. Grubman is served by the deadline. If proof of service of the summons and complaint is not filed by that date, the Court will issue an order requiring Plaintiff to show cause why the claims against Ms. Grubman should not be dismissed for failure to comply with Rule 4(m) of the Federal Rules of Civil Procedure.

- Unless and until the Court orders otherwise, Defendants shall file any motion(s) (to dismiss or for summary judgment) no later than **March 4, 2021.** Plaintiff shall file any opposition no later than **April 5, 2021.** Defendants shall file any reply no later than **April 12, 2021.**

The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: January 20, 2021   _____
       New York, New York          JESSE M. FURMAN
                                   United States District Judge