UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
PETER ZONIS,                                                         :
:
                      Plaintiff,                             :        20-CV-7181 (JMF)
:
        -v-                                                          :        ORDER
:
LIZZIE GRUBMAN et al.,                                               :
:
                      Defendants.                            :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       The Court just received the attached letter from the Plaintiff, in response to the Court's Orders of December 3, 2020, ECF No. 17, and January 4, 2021, ECF No. 22.  The letter is moot insofar as the initial conference has since been held, but is now part of the record.  Plaintiff is reminded that if he wishes to submit filings by mail, he must send them to the Court's *Pro Se* Office, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007.  Plaintiff must not send documents or court filings directly to Chambers.  Additionally, to avoid mail delays, Plaintiff is reminded that he may consent to electronic service by completing the form available on the Court's website at https://nysd.uscourts.gov/sites/default/files/2018-06/proseconsentecfnotice-final.pdf, and that he may submit filings by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov.

       The Clerk of Court is directed to mail a copy of this Order to the Plaintiff.

       SO ORDERED.

Dated: January 25, 2021
       New York, New York                                _____
                                                         JESSE M. FURMAN
                                                United States District Judge

<u>Pre Conference Letter</u>

Re: Zonis v. Grubman, et al; Case No. 20-cv-7181 (JMF)

Your Honor

This case is scheduled for pre-trial conference on 1-19-21. Pro Se Plaintiff Peter Zonis filed his complaint asserting Breach of Contract, Copyright Infringement, etc. What the defendants, Lizzie Grubman, Neal Sroka and Howard Lorber did: Lied, scammed, conned by causing this plaintiff to agree to a verbal contract for paintings on canvas to present them in their spaces/properties for shows to their high end clients to promote their apartments.

The defendants deliberately caused this plaintiff to close his Art stand in front of Barney's down to specifically work for them to produce mass amounts of art pieces all the while deceiving the plaintiff to sell their properties on plaintiff's website.

On 4-29-16 Howard Lorber called the plaintiff to his office at Douglas Elliman to further deceive the plaintiff by offering plaintiff $100,000 dollars for 17 to 19 paintings for oil on canvas. Defendant Lorber reneged when work was completed.

As the complaint & response to verified answers show all actions by defendants are clearly obvious. This plaintiff will present witnesses and further proofs on 1-19-21. This plaintiff is also filing a Default motion for Lizzie Grubman for failure to answer complaint.

This plaintiff lost his livelyhood, all his finances and position in the Art community for the past 8 years. This plaintiff seeks justice from this court.

Thank you

1-15-21

Peter Zonis

