UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PETER ZONIS,                                                      :
:
                            Plaintiff,                         :
:        20-CV-7181 (JMF)
          -v-                                                       :
:        ORDER
LIZZIE GRUBMAN et al.,                                            :
:
                            Defendants.                       :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       On April 26, 2021, the Court received a voicemail from Plaintiff, who stated that on April 15, 2021, he filed both an amended complaint and materials indicating that he has attempted to serve Defendant Lizzie Grubman with the summons and Complaint in this action. Neither the Court nor the Clerk's Office has any record of such filings.

       No later than **May 10, 2021,** Plaintiff shall re-file any amended complaint or opposition to Defendants' motion to dismiss, ECF No. 33, and any written materials or records of Plaintiff's efforts to serve Ms. Grubman. The Court will consider and address any filings received by that date to the extent appropriate. Plaintiff's filings must be submitted either (1) by email to Temporary_Pro_Se_Filing@nysd.uscourts.gov or (2) by mail or personal delivery to the *Pro Se* Intake Unit, Thurgood Marshall Courthouse, 40 Centre Street, Room 105, New York, New York 10007. The *Pro Se* Intake Unit accepts filings by personal delivery from 11 a.m. to 2 p.m. Monday through Friday.

       Further, Plaintiff must not contact Chambers directly. Any inquiries should be directed to the *Pro Se* Intake Unit at (212) 805-0175.

       The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

       SO ORDERED.

Dated: April 27, 2021
       New York, New York
                                                          JESSE M. FURMAN
                                                          United States District Judge