UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
: 
PETER ZONIS, :
 :
                        Plaintiff, :
 : 20-CV-7181 (JMF)
      -v- :
 : ORDER
LIZZIE GRUBMAN et al., :
 :
                        Defendants. :
 :
-----------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On May 11, 2021, Plaintiff filed an opposition to Defendants' motion to dismiss. *See* ECF No. 41. In light of Plaintiff's *pro se* status, the Court deems his submission timely. Defendants shall file any reply no later than **May 21, 2021**.

      Additionally, in light of Plaintiff's attempts to serve Defendant Lizzie Grubman, *see* ECF No. 42, Ms. Grubman's dismissal is vacated, and Plaintiff's deadline to serve her with the summons and Complaint is extended *nunc pro tunc* to **July 12, 2021**. By separate Order to be entered today, the Court will direct the United States Marshals Service to attempt personal service on Ms. Grubman at her registered business addresses. Plaintiff is cautioned that as a party to this action, he may not attempt service himself. *See* Fed. R. Civ. P. 4(c)(2).

      Finally, Plaintiff is ORDERED to contact the *Pro Se* Law Clinic operated by the New York Legal Assistance Group for assistance with service of process and any other legal issues that may arise in this action. Plaintiff may make an appointment for a phone call with the Clinic by completing the online intake form available at https://nylagoi.legalserver.org/modules/matter/extern_intake.php?pid=142&h=cea984& or by calling (212) 659-6190. Plaintiff shall contact the Clinic no later than **June 1, 2021**, and shall file a letter with the Court no later than **June 5, 2021**, confirming that he has done so.

      The Clerk of Court is directed to reinstate Defendant Lizzie Grubman as a party and to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: May 13, 2021
       New York, New York
                                                     JESSE M. FURMAN
                                                    United States District Judge