UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PETER ZONIS,

              Plaintiff,

    -v-

LIZZIE GRUBMAN et al.,

              Defendants.

20-CV-7181 (JMF) (SLC)

ORDER

---

JESSE M. FURMAN, United States District Judge:

    On June 3, 2021, Plaintiff filed a letter with the Court, in which he indicated his view that a settlement conference would be useful. *See* ECF No. 48, at 3. By separate Order to be entered today, the Court will refer this case to Magistrate Judge Cave for settlement purposes. The parties shall contact the chambers of Magistrate Judge Cave no later than **June 11, 2021**, to schedule a settlement conference as soon as practicable.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: June 7, 2021
       New York, New York

                                            JESSE M. FURMAN
                                          United States District Judge