UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
PETER ZONIS, :
:
Plaintiff, :
: 20-CV-7181 (JMF) (SLC)
-v- :
: ORDER
:
LIZZIE GRUBMAN et al., :
:
Defendants. :
:
------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On June 11, 2021, Defendant Lizzie Grubman entered a notice of appearance.  *See* ECF Nos. 54-55.  A settlement conference before Magistrate Judge Cave is scheduled for June 22, 2021.  *See* ECF No. 53.  In the Court's view, it would be appropriate for Ms. Grubman to participate in the conference.  To that end, the parties should promptly confer and, if necessary, file an application for an adjournment of the conference addressed to Magistrate Judge Cave.

      Separately, Defendants Howard Lorber, Neil Sroka, and Douglas Elliman Realty, LLC's motion to dismiss the Complaint is fully briefed and pending before the Court.  *See* ECF No. 33.  To the extent that Ms. Grubman also intends to move for dismissal, she should endeavor to join in the other Defendants' motion to the extent possible and shall file a separate memorandum of law only to the extent that it raises issues specific to Ms. Grubman.  If Ms. Grubman files a motion, Plaintiff shall file any opposition within **twenty-one days**, and Ms. Grubman shall file any reply within **fourteen days**.

      The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: June 14, 2021
       New York, New York
                                              JESSE M. FURMAN
                                           United States District Judge