UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
PETER ZONIS, :
:
Plaintiff, : 20-CV-7181 (JMF)
:
-v- : ORDER
:
LIZZIE GRUBMAN et al., :
:
Defendants. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

    On August 6, 2021, Defendant Lizzie Grubman filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. It is hereby ORDERED that Plaintiff shall file any response to Ms. Grubman's motion to dismiss (and only Ms. Grubman's motion to dismiss) by **August 31, 2021.** No reply may be filed without leave of Court.

    The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: August 9, 2021
      New York, New York

                                       JESSE M. FURMAN
                                       United States District Judge