**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
PETER ZONIS,

                     Plaintiff,

          -against-                            20 **CIVIL** 7181 (JMF)

                                                   <u>**JUDGMENT**</u>

LIZZIE GRUBMAN et al.,

                    Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Memorandum Opinion and Order dated February 28, 2022, Defendants'

motions to dismiss are GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

       March 1, 2022

                                 **RUBY J. KRAJICK**

                                 **Clerk of Court**

       **BY:**                  K. Mango

                                 **Deputy Clerk**